**Order entered February 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01527-CV

**DMC VALLEY RANCH, LLC, DMC FRISCO, L.L.C,
MARC A. WILSON, AND DANIEL P. MCDONALD, Appellants**

**V.**

**HPSC, INC., Appellee**

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-07-14983**

## ORDER

The Court has been notified that a petition for bankruptcy has been filed in the United States Bankruptcy Court, Northern District of Texas, concerning Marc A. Wilson, a party to the trial court's final judgment. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed.

Accordingly, for administrative purposes, this cause is **ABATED** and will be treated as a closed case. It may be reinstated on proper motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3(a).

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE